PORTSMOUTH BAR AND LIBRARY ASSOCIATION *v.* STEVENSON.

[Cite as *Portsmouth Bar & Library Assn.*
*v. Stevenson* (1994), 69 Ohio St.3d 37.]

(No. 93–2562—Submitted February 1, 1994—Decided April 20, 1994.)

*Kimble, Stevens, Young, Clark, Spears & Rodeheffer* and *Jack D. Young,* for relator.

*John R. Stevenson, pro se.*

*Per Curiam.* After reviewing the record, we agree with the board's findings and recommendations. Consequently, we publicly reprimand respondent and tax costs to him.

*Judgment accordingly.*

A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents and would suspend respondent from the practice of law for six months.